No. 2006–T–1054, 2007–0586, *Huelsman v. Levin*, Board of Tax Appeals, No. 2006–R–549, and 2007–0589, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–A–781, for oral argument.

**2007–0580. Caldwell v. Levin.**
Board of Tax Appeals, No. 2006–H–548. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that this case shall be consolidated with 2007–0579, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–M–782, 2007–0584, *Vestfall v. Levin*, Board of Tax Appeals, No. 2006–T–1054, 2007–0586, *Huelsman v. Levin*, Board of Tax Appeals, No. 2006–R–549, and 2007–0589, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–A–781, for oral argument.

**2007–0584. Vestfall v. Levin.**
Board of Tax Appeals, No. 2006–T–1054. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to consolidate this case with 2007–0579, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–M–782, 2007–0580, *Caldwell v. Levin*, Board of Tax Appeals, No. 2006–H–548, 2007–0586, *Huelsman v. Levin*, Board of Tax Appeals, No. 2006–R–549, and 2007–0589, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–A–781,

It is ordered by the court that the motion is granted in part and denied in part.

This case shall be consolidated with 2007–0579, 2007–0580, 2007–0586 and 2007–0589 for oral argument.

In all other respects appellant's motion is denied.

**2007–0586. Huelsman v. Levin.**
Board of Tax Appeals, No. 2006–R–549. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that this case shall be consolidated with 2007–0579, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–M–782, 2007–0580, *Caldwell v. Levin*, Board of Tax Appeals, No. 2006–H–548, 2007–0584, *Vestfall v. Levin*, Board of Tax Appeals, No. 2006–T–1054, and 2007–0589, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–A–781, for oral argument.

**2007–0589. Lovell v. Levin.**
Board of Tax Appeals, No. 2006–A–781. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that this case shall be consolidated with 2007–0579, *Lovell v. Levin*, Board of Tax Appeals, No. 2006–M–782, 2007–0580, *Caldwell v. Levin*, Board of Tax Appeals, No. 2006–H–548, 2007–0584, *Vestfall v. Levin*, Board of Tax Appeals, No. 2006–T–1054, and 2007–0586, *Huelsman v. Levin*, Board of Tax Appeals, No. 2006–R–549, for oral argument.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 14, 2007*

[Cite as *06/14/2007 Case Announcements*, 2007-Ohio-2903.]

## MOTION AND PROCEDURAL RULINGS

**2006–2302. Bikkani v. Lee.**
Cuyahoga App. No. 88650. Upon consideration of Prasad Bikkani's request for leave to file a motion in opposition to appellees' bill and documentation of attorney's fees, costs and expenses,

It is ordered by the court that leave is granted. Bikkani's motion opposing appellees' bill and documentation of attorney's fees, which is attached to his request for leave, shall be considered by the court.